Decided January 12, 1989

STATE OF CONNECTICUT *v.* ELLIOTT G. VALLAS

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 245, is granted, limited to the following issue:

"Did the Appellate Court err in affirming the defendant's conviction and holding that the wiretap panel's

failure to make a written determination of probable cause, pursuant to General Statutes §§ 54-41d (7) and 51-41e, that a special need existed to intercept wire communications over a public telephone was not reversible error?"

*William G. Dow III,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided January 12, 1989